# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                              No. 4:22-cr-123-DPM

**BRETT DANIELS**                                               **DEFENDANT**

## ORDER

1.    After conferring with counsel, Brett Daniels aka Branden Massa consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 36*. No objections were filed and the time to do so has passed.

2.    On 12 March 2022 in the Eastern District of Arkansas, Daniels knowingly and intentionally possessed with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, as charged in count one of the Indictment. He made a knowing and voluntary choice to plead guilty under the terms of his proposed plea agreement. The Court has reviewed and accepts that agreement. Fed. R. Crim. P. 11(c)(3)(A).

3.    The Court accepts Daniels's guilty plea and convicts him of the offense. The United States' conditional motion to dismiss, *Doc. 39*, is granted. Count two of the Indictment is dismissed without prejudice as to Daniels.

**4.**     A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*11 May 2023*